**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Jaymor Electric, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3818464** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **500 Park Avenue Suite 204 Lake Villa, IL 60046** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Lake** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.jaymorelectric.com** |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor   **Jaymor Electric, Inc.**                                                    Case number *(if known)* _____
         Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Jaymor Electric, Inc.**
_____
Name                                                    Case number (*if known*) _____

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
                    Contact name _____
                    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Jaymor Electric, Inc.**                                    Case number (*if known*) _____
              Name

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **10/13/2017**
                        MM / DD / YYYY

X _____          **Maureen O'Gara-Jung**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

X **/s/DAVID K. WELCH** _____          Date **10/13/2017**
Signature of attorney for debtor                          MM / DD / YYYY

**DAVID K. WELCH**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone    **312-641-6777**          Email address    Dwelch@craneheyman.com

**06183621**
Bar number and State

Debtor   Jaymor Electric, Inc.

Name

Case number (if known)

---

Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/13/2017

    MM / DD / YYYY

X _____

Signature of authorized representative of debtor

Maureen O'Gara-Jung

Printed name

Title   President

**18. Signature of attorney**

X /s/DAVID K. WELCH

Signature of attorney for debtor

Date   10/13/2017

    MM / DD / YYYY

DAVID K. WELCH

Printed name

Crane, Heyman, Simon, Welch & Clar

Firm name

Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297

Number, Street, City, State & ZIP Code

Contact phone   312-641-6777     Email address   Dwelch@craneheyman.com

06183621

Bar number and State

Fill in this information to identify the case:

Debtor name   Jaymor Electric, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ■ Schedule H: Codebtors (Official Form 206H)
- ■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 13, 2017          x _____
                                         Signature of individual signing on behalf of debtor

                                         Maureen O'Gara-Jung
                                         Printed name

                                         President
                                         Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Jaymor Electric, Inc.                                          Case number (if known)

## Part 14    Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 13, 2017

_____          Maureen O'Gara-Jung
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    President

Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?
■ No
☐ Yes

## United States Bankruptcy Court
### Northern District of Illinois

In re __Jaymor Electric, Inc._____    Case No.
                                                           Chapter    7
_____ Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    71

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    October 13, 2017 _____

Maureen O'Gara-Jung/President
Signer/Title

**Fill in this information to identify the case:**

Debtor name    **Jaymor Electric, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 16, 2017**         X **/s/ Maureen O'Gara-Jung**
                                              Signature of individual signing on behalf of debtor

                                           **Maureen O'Gara-Jung**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Jaymor Electric, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................  $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................  $    **1,548,965.52**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................  $    **1,548,965.52**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $    **802,905.04**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................  $    **282,665.42**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................  +$    **2,285,163.81**

4.  **Total liabilities** ...................................................................................
    Lines 2 + 3a + 3b

    $    **3,370,734.27**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Jaymor Electric, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
       Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1.  **Bank of America** | **Checking** | 3427 | $34.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                                    $34.00
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| | |
|---|---|
| 7.1.  **Commenwealth Edison** | $850.00 |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                                                    $850.00
       Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Jaymor Electric, Inc.**                              Case number *(If known)*  _____
           Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          **127,163.00**  -          **0.00**  = ....        **$127,163.00**
                              face amount              doubtful or uncollectible accounts

11b. Over 90 days old:          **1,383,918.52**  -          **0.00**  =....        **$1,383,918.52**
                              face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                    **$1,511,081.52**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** **Light fixtures, pipe, wire and miscellaneous fittings** | | **$7,500.00** | | **$7,500.00** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                    **$7,500.00**
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☑ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☑ No
       ☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Jaymor Electric, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No
□ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

□ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**8 Desks, 6 book shelves, conference room table and 4 chairs; 10 file cabinets, 8 chairs, 6 warehouse shelving units, and miscellaneous office supplies** | **$0.00** | | **$5,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See Attachment** | **$0.00** | | **$2,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | **$7,000.00** |

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
□ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
□ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

□ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

---

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Jaymor Electric, Inc.** | | Case number *(If known)* | |
|--------|---------------------------|---|--------------------------|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.1. | **2002 GMC Pick-Up, 230,000 miles** | $2,500.00 | | $2,500.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Miscellaneous equipment and tools as described in attachment.** $20,000.00 $20,000.00

**51.** **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                                      | $22,500.00 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **500 Park Ave., #204, Lake Villa IL** | **Lease** | $0.00 | | $0.00 |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.                                      | $0.00 |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Jaymor Electric, Inc.**                                          Case number *(If known)* _____
          Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **Lincoln School** | **$0.00** |
| Nature of claim **Mechanics Lien**<br>Amount requested **$1,135,250.00** | |
| **Potential refund on workers compensation** | **Unknown** |
| Nature of claim **Workers' comp. claim**<br>Amount requested **$0.00** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Jaymor Electric, Inc.**                                              Case number *(If known)*
_____                              _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $34.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $850.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,511,081.52 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $22,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,548,965.52 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,548,965.52 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

# Attachments to Schedule B

# Schedule B.41

**JAYMOR ELECTRIC, INC.**
**500 PARK AVE. SUITE 204**
**LAKE VILLA, IL  60046**
**847-245-4700**

## OFFICE EQUIPMENT SCHEDULE:

Brother 8085 copy machine

Brother 8065 copy machine

Dell Server

Dell Computers- quantity 4

Optiplex 755 Scanner and Blueprint copy machine

Brother typewriter

Avaya telephone system master control panel and 8 telephones

Accubid estimating software

UPS battery backup units- quantity 3

Brother fax machine

# Schedule B.50

**JAYMOR ELECTRIC, INC.**
**500 PARK AVE. SUITE 204**
**LAKE VILLA, IL  60046**
**847-245-4700**

## EQUIPMENT, TOOLS

Gang boxes, quantity of 7

Material carts, quantity of 9

Scaffolding, 12 sections

12' ladders, quantity of 3

10' ladders, quantity of 4

8' ladders, quantity of 15

6' ladders, quantity of 11

4' ladders, quantity of 9

Greenlee knockout sets, quantity of 4

Dewalt roto hammer, quantity of 1

Hilti TE 92 hammer, quantity of 1

Air compressor, quantity of 1

Gas powered generator, quantity of 1

Gas powered chain saw, quantity of 1

Portable threader, quantity of 1

Milwaukee core drilling machine, quantity of 1

Hilti core drilling machine, quantity of 1

Greenlee hydraulic bender, quantity of 1

Greenlee super tugger cable puller, quantity of 1

Pipe vises, quantity of 9

Small hand threaders, quantity of 2

Chicago benders, quantity of 3

Hand benders, quantity of 42

Wire carts, quantity of 6

Safety harness, quantity of 5

Pipe carts, quantity 1

4 wheel hand carts, quantity of 2

Temporary lights, quantity of 15

Bandsaws, quantity of 6

Sawzalls, quantity of 2

Hammer drills, quantity of 8

Battery drills, quantity of 7

Electric drills, quantity of 8

First aid kits, quantity of 12

4000 series wiremold cutter, quantity of 1

Large pipe wrenches, quantity of 4

Large channel locks, quantity of 6

Cable jacks, quantity of 8

Cable pulling roper spools, quantity of 9

Cable cutters, quantity of 2

Greenlee stud punches, quantity of 2

PVC bender, quantity of 1

Miscellaneous hand tools, picks and shovels

**Fill in this information to identify the case:**

Debtor name    **Jaymor Electric, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**  **State Bank of The Lakes**

Creditor's Name

**a Wintrust Community
Bank
440 Lake St.
Antioch, IL 60002**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Commercial Revolving Line of Credit**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$802,905.04**    Column B: **$1,548,965.52**

**3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $802,905.04**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name        **Jaymor Electric, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $2,285.71 | $2,285.71 |
|---|---|---|---|---|---|

**Brian Simmons**
**8001 S. Vernon Apt. 1N**
**Chicago, IL 60619**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $19,900.00 | $0.00 |
|---|---|---|---|---|---|

**Brian Steffens**
**7746 Milan Way**
**Gurnee, IL 60031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Jaymor Electric, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,696.00 | $10,696.00 |
|---|---|---|---|---|

**Chris Gross**
**10516 S. Spaulding**
**Chicago, IL 60655**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,280.00 | $7,280.00 |
|---|---|---|---|---|

**Dean Ilkanic**
**8034 W. 93rd St.**
**Hickory Hills, IL 60457**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,315.00 | $1,315.00 |
|---|---|---|---|---|

**Illinois Department of Revenue**
**PO Box 19006**
**Springfield, IL 62794-9006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,306.71 | $41,306.71 |
|---|---|---|---|---|

**Illinois Dept. of Employment Sec.**
**33 S. State St., 10th Fl.**
**Collections Section**
**Chicago, IL 60603-2802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Jaymor Electric, Inc.** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150,000.00 | $150,000.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**5100 River Rd.**
**Attn: Rick Miller**
**Schiller Park, IL 60176**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Withholding taxes** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,326.73 | $2,326.73 |
|---|---|---|---|---|

**Lance Kirkpatrik**
**2107 E. 70th St.**
**Chicago, IL 60649**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,390.00 | $0.00 |
|---|---|---|---|---|

**Lindsey Steffens**
**7746 Milan Way**
**Gurnee, IL 60031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,450.00 | $12,850.00 |
|---|---|---|---|---|

**Mary Barreca**
**504 Scott Ave.**
**Grayslake, IL 60030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| Debtor | Jaymor Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,539.00 | $0.00 |
|---|---|---|---|---|

**Thomas Farrell**
**1407 Shaws Lane**
**Ottawa, IL 61350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,176.27 | $4,176.27 |
|---|---|---|---|---|

**William Johanet**
**9158 S. Springfield**
**Evergreen Park, IL 60805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**500 Park Avenue Partnership**
**Suite 204**
**Lake Villa, IL 60046**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $868.50 |
|---|---|---|---|

**Accountemps**
**12400 Collections Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,000.00 |
|---|---|---|---|

**Active Electrical Supply**
**4240 West Lawrence Avenue**
**Chicago, IL 60630**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jaymor Electric, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,573.89 |
|---|---|---|---|

**American Express**
Box 0001
Los Angeles, CA 90096-8000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2 accounts**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,910.00 |
|---|---|---|---|

**Argus International**
85 Broad St.
17th Fl.
New York, NY 10004

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,376.00 |
|---|---|---|---|

**Belec Electric**
7720 Gross Point Rd.
Skokie, IL 60077

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,300.00 |
|---|---|---|---|

**Birge& Forte, LLC**
**Willow Electrical Supply Co., Inc.**
79 W. Monroe St., Ste. 1020
Chicago, IL 60603

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,182.00 |
|---|---|---|---|

**Can Capital**
2015 Vaughn Rd.
Kennesaw, GA 30144

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|

**Canino Electric**
3040 S. 25th Ave.
Broadview, IL 60155-4503

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,789.62 |
|---|---|---|---|

**Chase Cardmember Services**
P.O. Box 15153
Wilmington, DE 19886

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Jaymor Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.11**

**Nonpriority creditor's name and mailing address**

**Chicago Fire Detection Systems, LLC**
**11535 W. 183rd Place**
**Suite 111**
**Orland Park, IL 60467**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Citgo**
**PO Box 4689**
**Houston, TX 77210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,867.68**

---

**3.13**

**Nonpriority creditor's name and mailing address**

**City Electric Supply**
**1600 N. Milwauke Ave, Ste. 801**
**Lake Villa, IL 60046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,421.00**

---

**3.14**

**Nonpriority creditor's name and mailing address**

**David L. Hazan**
**111 N. County St.**
**Waukegan, IL 60085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lawsuit:  Tech Electronics of Illinois, LLC v. Jaymor Electric, Inc., et al.**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Dolores Jung**
**7528 N. Neva**
**Niles, IL 60714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$38,066.00**

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Electrical Insurance Trustees**
**75 Remittance Dr.**
**Ste. 1615**
**Chicago, IL 60675-1615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Evergreen Supply Company**
**312 N. May St.**
**Chicago, IL 60607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$46,679.57**

---

| Debtor | **Jaymor Electric, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,016.11** |
|---|---|---|---|

**Federated Mutual Insurance**
**c/o Teller Levit & Silvertrust, PC**
**19 S. LaSalle St., Ste. 701**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$764.39** |
|---|---|---|---|

**FedEx**
**P.O. Box 660481**
**Dallas, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,700.00** |
|---|---|---|---|

**FFI Firestopping**
**361 Douglas Ave.**
**Elgin, IL 60120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,076.67** |
|---|---|---|---|

**First National Bank of Omaha**
**PO Box 2818**
**Omaha, NE 68103-2818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,209.76** |
|---|---|---|---|

**Graybar Electric**
**900 Regency Dr.**
**Glendale Heights, IL 60139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,550.00** |
|---|---|---|---|

**High Rise Security Systems**
**15W278 N. Frontage Rd.**
**Willowbrook, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**Huntington Bank**
**480 Center St.**
**Grayslake, IL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Jaymor Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,380.00 |
|---|---|---|---|

**Interstate Electronics**
**600 Joliet Rd.**
**Willowbrook, IL 60527**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,006.00 |
|---|---|---|---|

**J & A Sheet Metal**
**1800 N. Campbell Ave.**
**Chicago, IL 60647-4303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.22 |
|---|---|---|---|

**JB Brown & Co.**
**175 E. Hawthorn Pky**
**Suite 240**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242,995.00 |
|---|---|---|---|

**Joyce O'Gara**
**5667 Steeple Pointe Blvd.**
**Gurnee, IL 60031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,422.00 |
|---|---|---|---|

**Kabbage**
**730 Peachtree St. #1100**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kori Bazanos**
**Law Offices of Kori M. Bazanos**
**115 S. LaSalle St., Ste. 2600**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134,000.00 |
|---|---|---|---|

**Local Union #134 - International**
**Brotherhood of Electrical Workders**
**600 W. Washington**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Jaymor Electric, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,900.00**

**Malko Communications Services**
**5401 Fargo Ave.**
**Skokie, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$278,832.00**

**Maureen F. Jung**
**5667 Steeple Pointe**
**Gurnee, IL 60031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,726.38**

**Midco Inc.**
**16W221 Shore Ct.**
**Willowbrook, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,159.00**

**Money Store**
**7 Kermit Ave.**
**Staten Island, NY 10305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,163.00**

**National Electrical Benefit Fund**
**5 Westbrook Corporate Center**
**Westchester, IL 60154**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,607.00**

**Patrick T. Sheehan & Associates**
**314 N. York Rd.**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,554.00**

**Patten Industries, Inc.**
**Patten Industries, Inc. #77453**
**4539 Solutions Center**
**Chicago, IL 60677-4005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jaymor Electric, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164,620.00**

**Phoenix Business Systems**
12543 S. Laramie
Alsip, IL 60803

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Porte Brown**
845 Oakton St.
Elk Grove Village, IL 60007

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Querrey & Harrow**
175 W. Jackson Blvd.
Chicago, IL 60604-2827

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,974.00**

**SDC & Associates, Inc.**
10159 Mission Gorge Rd., Ste. C
Santee, CA 92071

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,504.50**

**Siemens**
585 Slawin Ct.
Mount Prospect, IL 60056

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**SimplexGrinnell**
50 Technology Dr.
Westminster, MA 01441

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,500.00**

**Steiner Electric Company**
2665 Paysphere Circle
Chicago, IL 60674

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Jaymor Electric, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$134,000.00**

**Susan Pinkos**
**2544 N. Pinnule Circle**
**Mesa, AZ 85201-5000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107,477.38**

**Tech Electronics of Illinois**
**417 Olympia Drive**
**Bloomington, IL 61704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,105.00**

**Thomas Construction Services, Inc.**
**PO Box 9**
**Wood Dale, IL 60191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,561.14**

**Time Savers, Inc.**
**725 Kimberly Drive**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Todd Miller**
**Allocco, Miller & Cahill**
**20 N. Wacker Dr., Ste. 3517**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Ujamaa Construction Inc.**
**7744 S. Stony Island Ave.**
**Chicago, IL 60649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,700.00**

**United Health Care**
**PO Box 713819**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Jaymor Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,644.00 |
|---|---|---|---|

**3.53**

Nonpriority creditor's name and mailing address

**United Rentals fka NES Rentals**
**6125 Lakeview Rd.**
**Ste. 300**
**Charlotte, NC 28269**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,644.00

---

**3.54**

Nonpriority creditor's name and mailing address

**Willow Electric**
**3828 Des Plaines Rd.**
**Schiller Park, IL 60176**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$94,000.00

---

**3.55**

Nonpriority creditor's name and mailing address

**Windset**
**4168 W. 12600 S.**
**2nd Fl.**
**Herriman, UT 84096**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$11,987.00

---

**3.56**

Nonpriority creditor's name and mailing address

**World Business Lenders**
**101 Hudson St.**
**Jersey City, NJ 07302**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$250,000.00

---

**3.57**

Nonpriority creditor's name and mailing address

**Zrnich Law Group**
**1000 Skokie Blvd.**
**Suite 430**
**Wilmette, IL 60091**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,500.00

---

**Part 3:     List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 282,665.42 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,285,163.81 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,567,829.23 |

**Fill in this information to identify the case:**

Debtor name **Jaymor Electric, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Office**<br><br>State the term remaining **12/31/18**<br><br>List the contract number of any government contract _____ | **500 Park Avenue Partnership**<br>**Suite 204**<br>**Lake Villa, IL 60046** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Subcontract with Ujamaa dated 8/10/16**<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Ujamaa Construction Inc.**<br>**7744 S. Stony Island Ave.**<br>**Chicago, IL 60649** |

**Fill in this information to identify the case:**

Debtor name    **Jaymor Electric, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Joyce O'Gara** | **5667 Steeple Pointe** <br> **Gurnee, IL 60031** | **State Bank of The Lakes** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2  **Maureen F. Jung** | **5667 Steeple Pointe** <br> **Gurnee, IL 60031** | **American Express** | ☐ D _____ <br> ■ E/F   **3.4** <br> ☐ G _____ |
| 2.3  **Maureen F. Jung** | **5667 Steeple Pointe** <br> **Gurnee, IL 60031** | **Can Capital** | ☐ D _____ <br> ■ E/F   **3.8** <br> ☐ G _____ |
| 2.4  **Maureen F. Jung** | **5667 Steeple Pointe** <br> **Gurnee, IL 60031** | **Chase Cardmember Services** | ☐ D _____ <br> ■ E/F   **3.10** <br> ☐ G _____ |
| 2.5  **Maureen F. Jung** | **5667 Steeple Pointe** <br> **Gurnee, IL 60031** | **Midco Inc.** | ☐ D _____ <br> ■ E/F   **3.34** <br> ☐ G _____ |

| Debtor | **Jaymor Electric, Inc.** | Case number *(if known)* |
|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Maureen F. Jung** | **Money Store** | ☐ D _____ |
| | **5667 Steeple Pointe** | | ■ E/F __3.35__ |
| | **Gurnee, IL 60031** | | ☐ G _____ |
| 2.7 | **Maureen F. Jung** | **World Business Lenders** | ☐ D _____ |
| | **5667 Steeple Pointe** | | ■ E/F __3.56__ |
| | **Gurnee, IL 60031** | | ☐ G _____ |
| 2.8 | **Maureen F. Jung** | **State Bank of The Lakes** | ■ D __2.1__ |
| | **5667 Steeple Pointe** | | ☐ E/F _____ |
| | **Gurnee, IL 60031** | | ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Jaymor Electric, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,000,000.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$3,129,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.    **SEE LIST ATTACHED** | | **$120,266.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Jaymor Electric, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Maureen F. Jung<br>5667 Steeple Pointe<br>Gurnee, IL 60031** | | **$53,276.00** | **Loan Repayment** |
| 4.2. | **Mary Barreca<br>504 Scott Ave.<br>Grayslake, IL 60030** | | **$0.00** | **Loan Repayment** |
| 4.3. | **Joyce O'Gara<br>5667 Steeple Pointe<br>Gurnee, IL 60031<br>Mother** | **September 2017** | **$343,000.00** | **State Bank of the Lakes set off accounts of Joyce O'Gara in September 2017 in the amount of $343,000** |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Midco, Inc. v. Maureen Jung, both individually and d/b/a Jaymor Electric<br>15 AR 1615** | **Breach of Promissory Note** | **Circuit Court of the 18th Judicial Cir.<br>County of DuPage** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Jaymor Electric, Inc.**                                    Case number *(if known)* _____

| Case title
Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Jaymor Electric, Inc. v. Public Building Commission of Chicago and Blinderman/Meccor Joint Venture, Meccor Industries, and Blinderman Construction Co., Inc. and against monies, bonds or warrants due or to become due**
**15 CH 18865** | **Mechanics lien claim** | **Circuit Court of Cook County in Chicago** | ■ Pending
☐ On appeal
☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss
If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.
List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor    **Jaymor Electric, Inc.**                                          Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Crane, Heyman, Simon, Welch & Clar 135 S. LaSalle Street Suite 3705 Chicago, IL 60603 | On or about September 13, 2017, CHSWC was paid $5,000.00 for services including an analysis of options for resolving Jaymor's financial issues.  On or about October 2, 2017, CHSWC was paid $7,500.00, which included the filing fee in the amount of $335.00, for representation in this Chapter 7 bankruptcy case. | | $12,165.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

| Debtor | Jaymor Electric, Inc. | Case number *(if known)* | |
|---|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ☑ Yes. Does the debtor serve as plan administrator?

  - ☐ No Go to Part 10.
  - ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Jaymor Electric 401K Plan** | EIN: **36-3818464** |

Has the plan been terminated?
- ☐ No
- ☑ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Associated Bank**<br>**34354 N. Hwy 45**<br>**Grayslake, IL** | **XXXX-7888** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April 2015** | **$0.00** |
| 18.2. | **Huntington Bank**<br>**480 Center St.**<br>**Grayslake, IL** | **XXXX-8486** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **September 2017** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Jaymor Electric, Inc.**                                          Case number *(if known)*

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage**<br>**Park City, IL** | **Maureen F. Jung**<br>**5667 Steeple Pointe**<br>**Gurnee, IL 60031** | | ■ No<br>☐ Yes |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor    **Jaymor Electric, Inc.**                                                    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Mary Barreca**<br>**504 Scott Ave.**<br>**Grayslake, IL 60030** | **2007 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Porte Brown**<br>**845 Oakton St.**<br>**Elk Grove Village, IL 60007** | **January 2014 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Jaymor Electric, Inc.**<br>**500 Park Avenue**<br>**Suite 204**<br>**Lake Villa, IL 60046** | **books on premises** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **State Bank of The Lakes**<br>**a Wintrust Community Bank**<br>**440 Lake St.**<br>**Antioch, IL 60002** |
| 26d.2.  **Great American Insurance Company**<br>**PO Box 2119**<br>**Cincinnati, OH 45201** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Jaymor Electric, Inc.**                                        Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Maureen Jung** | **500 Park Avenue Partnership, Suite 204**<br>**Lake Villa, IL 60046** | **President** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Mary Barreca** | **500 Park Avenue Partnership, Suite 204**<br>**Lake Villa, IL 60046** | **Director** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|-----------------------------------------------------|-------|-------------------------------|
| 30.1. | **SEE Answer to Question No. 4** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|-----------------------------------------------------------|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|-----------------------------------------------------------|
| **Electrical Insurance Trustees** | EIN:    **0006286** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Jaymor Electric, Inc.**                                                              Case number *(if known)*

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 16, 2017**

**/s/ Maureen O'Gara-Jung**                          **Maureen O'Gara-Jung**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

# Statement of Financial Affairs No. 3

Bank of America October 2017

DISBURSEMENTS:  CHECK #

| | | |
|---|---|---|
| Heyman Crane | $5,000.00 | Attorney |
| Heyman Crane | $7,500.00 | Attorney |
| Verizon | $1,050.37 | Telephone |
| Joyce O'Gara | $2,500.00 | Loan Repayment |
| Maureen Jung | $12,001.00 | Loan Repayment |
| Porte Brown | $1,715.00 | Accountant |
| Mary Barneca | $1,925.00 | Payroll |
| Groot | $99.75 | Utilities |
| Com Ed | $244.35 | Utilities |
| Belec Electric | $8,648.00 | Sub Contractor |
| State Bank of The Lakes | $1,653.41 | Interest on Loan |

TOTAL DISBURSEMENTS                $42,326.88

10/8/2017

## HUNTINGTON - SEPTEMBER 2017

A/C # Ending 9085

**DISBURSEMENTS: CHECK #**

| Date | | Payee | Amount | Category |
|---|---|---|---|---|
| 09-14-17 | DEBIT | UNITED HEALTH | $792.40 | Health Insurance |
| 09-14-17 | DEBIT | UNITED HEALTH | $792.40 | Health Insurance |
| 09-14-17 | DEBIT | UNITED HEALTH | $18.60 | Health Insurance |
| 09-30-17 | DEBIT | APP INTERNATIONAL (Argus Loan) | $300.00 | Loan Repayment |
| 09-30-17 | DEBIT | NEW LOGIC / CAN CAPITAL LOAN PAYMENTS | $100.00 | Loan Repayment |
| 09-30-17 | DEBIT | Bank NSF & Service Fees | $1,260.00 | Bank Fees |

**TOTAL DISBURSEMENTS** $3,263.40

## HUNTINGTON - AUGUST 2017

**A/C # Ending 9085**

**DISBURSEMENTS: CHECK #**

| Date | Type | Payee | Amount | Category |
|---|---|---|---|---|
| 08-02-17 | DEBIT | JOYCE O'GARA - Repay Loan | $3,500.00 | Loan Repayment |
| 08-02-17 | DEBIT | CHRIS GROSS - Wages | $1,085.27 | Payroll |
| 08-02-17 | DEBIT | JOYCE O'GARA - Repay Loan | $1,000.00 | Loan Repayment |
| 08-02-17 | DEBIT | MARY BARRECA - Reimburse Chase Payment | $300.00 | Credit card |
| 08-09-17 | DEBIT | JOYCE O'GARA - Repay Loan | $500.00 | Loan Repayment |
| 08-09-17 | DEBIT | MAUREEN JUNG - Repay Loan | $500.00 | Loan Repayment |
| 08-09-17 | DEBIT | MARY BARRECA - Repay Loan | $250.00 | Credit card |
| 08-10-17 | DEBIT | MARY BARRECA - Reimburse Chase Payment | $18.60 | Credit card |
| 08-10-17 | DEBIT | UNITED HEALTH | $459.03 | Health Insurance |
| 08-31-17 | DEBIT | KARBAGE LOAN PAYMENT | $1,500.00 | Loan Repayment |
| 08-31-17 | DEBIT | APP INTERNATIONAL (Argus Loan) | $4,300.81 | Loan Repayment |
| 08-31-17 | DEBIT | WORLD BUSINESS LENDERS - (SPO) | $659.08 | Loan Repayment |
| 08-31-17 | DEBIT | THE MONEY STORE LOAN PAYMENTS | $400.00 | Loan Repayment |
| 08-31-17 | DEBIT | NEW LOGIC / CAN CAPITAL LOAN PAYMENTS | $750.00 | Loan Repayment |
| 08-31-17 | DEBIT | WINDSET LOAN PAYMENT | $3,113.00 | Loan Repayment |
| 08-31-17 | DEBIT | Bank NSF & Service Fees | | Bank Fees |

**TOTAL DISBURSEMENTS** $18,335.79

HUNTINGTON - JULY 2017     A/C # Ending 9085

| DISBURSEMENTS: | CHECK # | | | |
|---|---|---|---|---|
| 07-05-17 | 1375 | MATT MARREN - Wages | $685.94 | Payroll |
| 07-05-17 | 1379 | JAYMOR ELECTRIC - Transfer | $1,200.00 | Internal Transfer |
| 07-10-17 | 1381 | STATE BANK OF THE LAKES - 500 Park Ave Mortgage June | $1,269.35 | Mortgage |
| 07-10-17 | 1382 | IBEW LOCAL 134 / NECA VAC FUND | $458.29 | Fringe benefits |
| 07-11-17 | 1383 | Void | $0.00 | |
| 07-11-17 | 1393 | Void | $0.00 | |
| 07-11-17 | 1397 | CHRISTINE GROSS w/e 4-02-17 | $1,321.98 | Payroll |
| 07-11-17 | 1399 | MARY BARRECA - Reimburse Chase Credit Card Payment | $500.00 | Credit Card |
| 07-01-17 | 1241 | EVERGREEN SUPPLY | $591.27 | Materials |
| 07-01-17 | 1242 | EVERGREEN SUPPLY | $539.26 | Materials |
| 07-01-17 | 1356 | BOARDWALK CONDOMINIUM ASSOCIATION | $587.94 | Association Fee |
| | | | | |
| 07-06-17 | DEBIT | BRIAN SIMMONS w/e 6-25-17 | $1,256.55 | Payroll |
| 07-06-17 | DEBIT | JOHN MARRELLO | $200.00 | Expense reimbursement |
| 07-06-17 | DEBIT | LANCE KIRKPATRICK w/e 6-25-17 | $1,300.03 | Payroll |
| 07-06-17 | DEBIT | WILLIAM JOHANET w/e 7-02-17 | $1,831.39 | Payroll |
| 07-06-17 | DEBIT | MARY BARRECA | $1,254.87 | Payroll |
| 07-06-17 | DEBIT | ZRNICH LAW GROUP | $1,500.00 | Attorney |
| 07-06-17 | DEBIT | MAUREEN JUNG - Repay Loan | $3,900.00 | Loan Repayment |
| 07-06-17 | DEBIT | BMO HARRIS | $200.00 | Misc. |
| 07-07-17 | DEBIT | UNITED HEALTH | $792.40 | Health Insurance |
| 07-07-17 | DEBIT | UNITED HEALTH | $18.60 | Health Insurance |
| 07-12-17 | DEBIT | COMED | $450.50 | Utilities |
| 07-12-17 | DEBIT | MARY BARRECA | $1,254.87 | Payroll |
| 07-13-17 | DEBIT | MAUREEN JUNG | $1,500.00 | Loan Repayment |
| 07-13-17 | DEBIT | PORTE BROWN CPA | $1,500.00 | Accountant |
| 07-19-17 | DEBIT | JOHN MARRELLO | $200.00 | Consultant |
| 07-19-17 | DEBIT | TOM FARRELL | $800.00 | Consultant |
| 07-19-17 | DEBIT | MARY BARRECA | $1,254.87 | Payroll |
| 07-19-17 | DEBIT | MAUREEN JUNG | $7,500.00 | Loan Repayment |
| 07-19-17 | DEBIT | BHFX | $31.44 | Office Expense |
| 07-19-17 | DEBIT | BMO HARRIS | $200.00 | Office Expense |
| 07-20-17 | DEBIT | JB BROWN - Payroll Service | $205.00 | Payroll Service |
| 07-20-17 | DEBIT | BHFX | $31.44 | Office Expense |
| 07-26-17 | DEBIT | JOYCE O'GARA - Repay Loan | $5,506.00 | Loan Repayment |
| 07-26-17 | DEBIT | JB BROWN - Payroll Service | $504.00 | Payroll Service |
| 07-26-17 | DEBIT | COMCAST CABLE | $372.01 | Utilities |
| 07-31-17 | DEBIT | APP INTERNATIONAL (Argus Loan) | $1,800.00 | Loan Repayment |
| 07-31-17 | DEBIT | WORLD BUSINESS LENDERS - (SPO) | $5,010.10 | Loan Repayment |
| 07-31-17 | DEBIT | THE MONEY STORE LOAN PAYMENTS | $2,636.32 | Loan Repayment |
| 07-31-17 | DEBIT | NEW LOGIC / CAN CAPITAL LOAN PAYMENTS | $700.00 | Loan Repayment |
| 07-31-17 | DEBIT | WINDSET LOAN PAYMENT | $750.00 | Loan Repayment |
| 07-31-17 | DEBIT | Bank NSF & Service Fees | $2,912.00 | Bank Fees |

TOTAL DISBURSEMENTS     $56,340.48

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jaymor Electric, Inc.**         Case No. _____
                   Debtor(s)       Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................... $       **7,165.00**

   Prior to the filing of this statement I have received ...................... $       **7,165.00**

   Balance Due ........................................................................... $       **0.00**

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☐ Debtor     ☐ Other (specify):     N/A

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs which may be required;
   c. Representation of the debtor at the meeting of creditors and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service: **motions to convert the Chapter 7 case to another Chapter under the Bankruptcy Code or representation of the Debtor in such a converted case.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____
*Date*

      _____
      **DAVID K. WELCH**
      *Signature of Attorney*
      **Crane, Heyman, Simon, Welch & Clar**
      **Suite 3705**
      **135 South LaSalle Street**
      **Chicago, IL 60603-4297**
      **312-641-6777  Fax: 312-641-7114**
      *Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re __Jaymor Electric, Inc.__

Debtor(s)

Case No. _____

Chapter   __7__ _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __80__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __October 16, 2017__ _____

__/s/ Maureen O'Gara-Jung__ _____

__Maureen O'Gara-Jung__/__President__

Signer/Title

500 Park Avenue Partnership
Suite 204
Lake Villa, IL 60046

Cane Capital
2015 Vaughn Rd.
Kennesaw, GA 30144

Electrical Insurance Trustees
75 Remittance Dr.
Ste. 1615
Chicago, IL 60675-1615

500 Park Avenue Partnership
Suite 204
Lake Villa, IL 60046

Canino Electric
3040 S. 25th Ave.
Broadview, IL 60155-4503

Evergreen Supply Company
312 N. May St.
Chicago, IL 60607

Accountemps
12400 Collections Center Dr.
Chicago, IL 60693

Chase Cardmember Services
P.O. Box 15153
Wilmington, DE 19886

Federated Mutual Insurance
c/o Teller Levit & Silvertrust, PC
19 S. LaSalle St., Ste. 701
Chicago, IL 60603

Active Electrical Supply
4240 West Lawrence Avenue
Chicago, IL 60630

Chicago Fire Detection Systems, LLC
11535 W. 183rd Place
Suite 111
Orland Park, IL 60467

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

American Express
Box 0001
Los Angeles, CA 90096-8000

Chris Gross
10516 S. Spaulding
Chicago, IL 60655

FFI Firestopping
361 Douglas Ave.
Elgin, IL 60120

Argus International
85 Broad St.
17th Fl.
New York, NY 10004

Citgo
PO Box 4689
Houston, TX 77210

First National Bank of Omaha
PO Box 2818
Omaha, NE 68103-2818

Belec Electric
7720 Gross Point Rd.
Skokie, IL 60077

City Electric Supply
1600 N. Milwauke Ave, Ste. 801
Lake Villa, IL 60046

Graybar Electric
900 Regency Dr.
Glendale Heights, IL 60139

Birge'& Forte, LLC
Willow Electrical Supply Co., Inc.
79 W. Monroe St., Ste. 1020
Chicago, IL 60603

David L. Hazan
111 N. County St.
Waukegan, IL 60085

High Rise Security Systems
15W278 N. Frontage Rd.
Willowbrook, IL 60527

Brian Simmons
8001 S. Vernon Apt. 1N
Chicago, IL 60619

Dean Ilkanic
8034 W. 93rd St.
Hickory Hills, IL 60457

Huntington Bank
480 Center St.
Grayslake, IL

Brian Steffens
7746 Milan Way
Gurnee, IL 60031

Dolores Jung
7528 N. Neva
Niles, IL 60714

Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794-9006

Illinois Dept. of Employment Sec.
33 S. State St., 10th Fl.
Collections Section
Chicago, IL 60603-2802

Lindsey Stefans
7788 Mill Run Way
Gurnee, IL 60031

Maureen F. Jung
5667 Steeple Pointe
Gurnee, IL 60031

Internal Revenue Service
5100 River Rd.
Attn: Rick Miller
Schiller Park, IL 60176

Local Union #134 - International
Brotherhood of Electrical Workders
600 W. Washington
Chicago, IL 60661

Maureen F. Jung
5667 Steeple Pointe
Gurnee, IL 60031

Interstate Electronics
600 Joliet Rd.
Willowbrook, IL 60527

Malko Communications Services
5401 Fargo Ave.
Skokie, IL 60077

Midco Inc.
16W221 Shore Ct.
Willowbrook, IL 60527

J & A Sheet Metal
1800 N. Campbell Ave.
Chicago, IL 60647-4303

Mary Barreca
504 Scott Ave.
Grayslake, IL 60030

Money Store
7 Kermit Ave.
Staten Island, NY 10305

JB Brown & Co.
175 E. Hawthorn Pky
Suite 240
Vernon Hills, IL 60061

Maureen F. Jung
5667 Steeple Pointe
Gurnee, IL 60031

National Electrical Benefit Fund
5 Westbrook Corporate Center
Westchester, IL 60154

Joyce O'Gara
5667 Steeple Pointe Blvd.
Gurnee, IL 60031

Maureen F. Jung
5667 Steeple Pointe
Gurnee, IL 60031

Patrick T. Sheehan & Associates
314 N. York Rd.
Elmhurst, IL 60126

Joyce O'Gara
5667 Steeple Pointe
Gurnee, IL 60031

Maureen F. Jung
5667 Steeple Pointe
Gurnee, IL 60031

Patten Industries, Inc.
Patten Industries, Inc. #77453
4539 Solutions Center
Chicago, IL 60677-4005

Kabbage
730 Peachtree St. #1100
Atlanta, GA 30308

Maureen F. Jung
5667 Steeple Pointe
Gurnee, IL 60031

Phoenix Business Systems
12543 S. Laramie
Alsip, IL 60803

Kori Bazanos
Law Offices of Kori M. Bazanos
115 S. LaSalle St., Ste. 2600
Chicago, IL 60603

Maureen F. Jung
5667 Steeple Pointe
Gurnee, IL 60031

Porte Brown
845 Oakton St.
Elk Grove Village, IL 60007

Lance Kirkpatrik
2107 E. 70th St.
Chicago, IL 60649

Maureen F. Jung
5667 Steeple Pointe
Gurnee, IL 60031

Querrey & Harrow
175 W. Jackson Blvd.
Chicago, IL 60604-2827

SDC & Associates Inc.
10159 Mission Gorge Rd., Ste. C
Santee, CA 92071

Todd Milten
Allen Miller & Craig
20 N. Wacker Dr., Ste. 3517
Chicago, IL 60606

Siemens
585 Slawin Ct.
Mount Prospect, IL 60056

Ujamaa Construction Inc.
7744 S. Stony Island Ave.
Chicago, IL 60649

SimplexGrinnell
50 Technology Dr.
Westminster, MA 01441

Ujamaa Construction Inc.
7744 S. Stony Island Ave.
Chicago, IL 60649

State Bank of The Lakes
a Wintrust Community Bank
440 Lake St.
Antioch, IL 60002

United Health Care
PO Box 713819
Cincinnati, OH 45271

Steiner Electric Company
2665 Paysphere Circle
Chicago, IL 60674

United Rentals fka NES Rentals
6125 Lakeview Rd.
Ste. 300
Charlotte, NC 28269

Susan Pinkos
2544 N. Pinnule Circle
Mesa, AZ 85201-5000

William Johanet
9158 S. Springfield
Evergreen Park, IL 60805

Tech Electronics of Illinois
417 Olympia Drive
Bloomington, IL 61704

Willow Electric
3828 Des Plaines Rd.
Schiller Park, IL 60176

Thomas Construction Services, Inc.
PO Box 9
Wood Dale, IL 60191

Windset
4168 W. 12600 S.
2nd Fl.
Herriman, UT 84096

Thomas Farrell
1407 Shaws Lane
Ottawa, IL 61350

World Business Lenders
101 Hudson St.
Jersey City, NJ 07302

Time Savers, Inc.
725 Kimberly Drive
Carol Stream, IL 60188

Zrnich Law Group
1000 Skokie Blvd.
Suite 430
Wilmette, IL 60091

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jaymor Electric, Inc.**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Jaymor Electric, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 16, 2017**

Date

**/s/ DAVID K. WELCH**

**DAVID K. WELCH**

Signature of Attorney or Litigant

Counsel for   **Jaymor Electric, Inc.**

**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**